UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:24-CR-11-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | SENTENCING SUBMISSION |
| v. | |
| MARCUS LEE DELOATCH | |

Defendant Marcus Lee Deloatch respectfully submits the following exhibit for the Court's

consideration at his upcoming sentencing hearing:

- Exhibit A, Transcript of Classes at the Sampson County Detention Center

Respectfully submitted this 30th day of October, 2024.

G. ALAN DuBOIS
Federal Public Defender


*/s/ Kimberly A. Moore*
KIMBERLY A. MOORE
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Kimberly_Moore@fd.org
N.C. State Bar No. 21477
LR 57.1 Counsel Appointed

1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

PHILIP L. AUBART
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on October 30, 2024, using the CM/ECF system which will send notification of such filing to the above.

This the 30th day of October, 2024.

*/s/ Kimberly A. Moore*
KIMBERLY A. MOORE
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Kimberly_Moore@fd.org
N.C. State Bar No. 21477
LR 57.1 Counsel Appointed